266 So.2d 449

**STATE of Louisiana ex rel. Richard BUTLER**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52749.

Sept. 28, 1972.

Writ refused. Considering the evidence adduced in support of the habeas corpus petition, we find that the showing is insufficient to warrant the exercise of our original or supervisory jurisdiction.

266 So.2d 449

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

v.

**Odesta Ranson WOODS, wife of/and Roosevelt Woods et al.**

No. 52771.

Sept. 28, 1972.

Application denied. The judgment is correct.